# United States District Court
# Central District of California

| | |
|---|---|
| RICARDO MENENDEZ,<br><br>             Plaintiff,<br><br>      v.<br><br>MACY'S WEST STORES, INC.; DOES 1 to 10,<br><br>             Defendants. | Case No. 2:15-cv-00419-ODW-AJW<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

In light of the May 7, 2015 Settlement Conference (ECF No. 12), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by **June 12, 2015**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

June 10, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**